1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOY ORJI,                                  No.  2:23-cv-1795 TLN DB PS

12              Plaintiff,

13        v.                                     ORDER

14   WALMART SUPERSTORES INC,

15              Defendant.

16   _____

17        Plaintiff Joy Orji is proceeding in this action pro se.  This matter was referred to the

18   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On November

19   22, 2023, defendant file a motion to strike and motion to dismiss, which are noticed for hearing

20   before the undersigned on January 19, 2024, pursuant to Local Rule 302(c)(21).  (ECF Nos. 8-

21   11.)

22        On January 16, 2024, the parties filed a stipulation to continue the hearing of defendants'

23   motions.  (ECF No. 29.)  That stipulation will be granted.  However, the stipulation was filed by

24   attorney Fred Ihejirika, who seeks a "Limited Substitution of Attorney" solely for the "purpose of

25   representing Plaintiff at the hearing of the pending Motion to Strike and Motion to Dismiss."

26   (ECF No. 29-1 at 1.)  Plaintiff would "remain as her attorney of record (Pro Se) FOR all other

27   purposes."  (Id.) (emphasis in original).

28   ////

1

1   Plaintiff is advised that, based on a review of the briefing submitted, it is very likely

2   defendants' motions will be taken under submission without a hearing pursuant to Local Rule

3   230(g).  Plaintiff, therefore, will be granted additional time to consult with attorney Ihejirika to

4   determine the appropriate course of action.

5   Accordingly, IT IS HEREBY ORDERED that:

6   1.  The January 19, 2024, hearing of defendant's motion to strike (ECF No. 8) and motion

7   to dismiss (ECF No. 9) is continued to **Friday, March 1, 2024, at 10:00 a.m**., at the United

8   States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the

9   undersigned; and

10   2.  Within fourteen days of the date of this order attorney Ihejirika shall consult with

11   plaintiff and file either a renewed notice of appearance or a withdrawal of the purposed limited

12   substitution.

13   Dated:  January 17, 2024

14

15

16   DEBORAH BARNES

     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24   DLB:6

25   DB/orders/orders.pro se/orji1795.cont.hrg.ord

26

27

28

2